BANK OF MONETT, Appellant, v. R. C. STONE & COMPANY, Defendants, Respondents; J. P. WESTBRAY, Appellant.

Kansas City Court of Appeals, May 8, 1899.

Appellate Practice: MOTION FOR NEW TRIAL: FILING OF. Where the record fails to show when the motion for new trial was filed, the appellate court can not notice errors in the bill of exceptions.

*Appeal from the Jasper Circuit Court.*—HON. J. D.
PERKINS, Judge.

AFFIRMED.

A. V. DARROCH for appellant submitted brief on merits.

A. W. LYON for respondents.

(1)   No matters of exception should be reviewed on the
part of appellant Bank of Monett for the reason that its
abstract of the record filed herein does not show affirmatively
or otherwise the date it filed its motion for new trial or that the
same was filed within four days after the rendition of judg-
ment.   Hohstadt, Assignee, v. Daggs, 49 Mo. App. 157;
Clark v. Clark, 8 Mo. App. 601; Johnson v. Greenleaf, 73
Mo. 671.   (2)   Nor should any such matters be reviewed on
behalf of appellant J. P. Westbay, he having failed to file
any motion for new trial or in arrest.   Baker v. Railroad, 107
Mo. 230; Cornwell v. Wulff, 27 S. W. Rep. 659.   There are
no errors of record and none are even assigned, hence appel-
lants are not in this court on the merits.

ELLISON, J.—The plaintiff brought suit against de-
fendants Stone and Prickett.   Defendant Westbray was after-
wards made a party defendant.   Judgment in the trial court
was unsatisfactory to the plaintiff and to defendant Westbray
and they each took an appeal by the short method.   The
record does not show that Westbray ever filed a motion for
new trial.   And while it shows such motion was filed by the
plaintiff bank, it does not show when it was filed, or that it
was within four days.   It shows that judgment was rendered on
November 29, and that the motion for new trial was overruled
on December 18, 1897.   But at what time between these dates
it was filed does not appear.   We can not therefore notice any

errors in the bill of exceptions.    This has been so frequently decided by the supreme court and both courts of appeal that comment is unnecessary.

An examination of the record proper does not disclose any error and the judgment will be affirmed.    All concur.